1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14
15   VANESSA A. COATS,                ) CV 01-08271-SH
16                                     )
                    Plaintiff,         ) ORDER TO SHOW CAUSE RE
17                                     ) DISMISSAL FOR FAILURE
           v.                          ) TO PROSECUTE
18                                     )
     MICHAEL J. ASTRUE,                )
19   Commissioner of Social Security   )
     Administration,                   )
20                                     )
                    Defendant.         )
21                                     )
22   _____ )

23         By Order filed March 1, 2011, plaintiff was ordered to file a Brief no later

24   than March 21, 2001.  However, the docket sheet shows that, as of the date of this

25   Order,  no Brief  has been filed by the plaintiff.  (See Minute Order dated 3/1/1).

         Plaintiff  shall appear before Magistrate Judge Stephen J. Hillman, at 10:30
26
     a.m. on May 11, 2011,  in Courtroom "550", on the 5th    floor, Roybal Federal
27
     Building, 255 East Temple Street, Los Angeles, California, to show cause why this
28

                                        1

action should not be dismissed for violation of this Court's previous Order, and/or plaintiff's failure to diligently to prosecute. <u>See</u> Fed.R.Civ.P., Local 12.1 and <u>Link v. Wabash Railroad Co.</u>, 370 U.S. 626, 629-30 (1962), <u>reh'g</u> <u>denied</u>, 371 U.S. 873 (1962).

If plaintiff objects to such dismissal, plaintiff shall:

1.  File and serve written Objections to the dismissal not later than ten (10) days prior to the date specified above.  Failure to file said Objections within the time specified will be deemed consent to the dismissal of this action as proposed herein; and

2.  Appear in person (or by counsel) on the date specified.

If there are no objections to the proposed dismissal, plaintiff shall so inform the Clerk in writing and her appearance at the hearing will be excused.

**If plaintiff's Brief is filed no later than ten (10) days prior to the hearing date, the Order to Show Cause re Dismissal will be taken off-calendar and plaintiff need not appear.**

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order by United States mail on plaintiff and the defendant appearing in this action.

DATED: <u>April 6, 2011</u>

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2